UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD MAXPHILLIP LEVITSKY,
#521730,

    Petitioner,

v

CAROL HOWES,

    Respondent.
_____/

Case No. 1:11-cv-00291

HON. JANET T. NEFF

## FINAL ORDER

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 5) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 4) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Petition for Habeas Corpus (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.

Date: June 27, 2011

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge